IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0268

IN THE MATTER OF

D.J.L., M.R.L., and P.J.L.,

Youths in Need of Care

**ORDER**

Upon consideration of the Appellant's Motion to Voluntarily Dismiss Mother's Appeal, and good cause appearing, the Appellant's Motion is GRANTED.

IT IS HEREBY ORDERED that Mother's Appeal is DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 12 2022

Order re Dismissal of Mother's Appeal
Page 1